```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 39644
    JEFFERY BOBO
    DARCY BOBO                               CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1871      SSN XXX-XX-1743

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/25/2004 and was confirmed 12/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
FIRST MIDWEST BANK         SECURED            9995.00         1009.57        9995.00
GMAC                       SECURED           10625.00         2234.79       10625.00
GMAC                       UNSECURED          7395.21            .00          739.52
SELECT PORTFOLIO SERVICI   SECURED NOT I          .00            .00             .00
WELLS FARGO MORTGAGE       CURRENT MORTG          .00            .00             .00
WELLS FARGO MORTGAGE       MORTGAGE ARRE      3477.63            .00         3477.63
ATTENTION LLC              UNSECURED         NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED          .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED          .00             .00
CB USA                     UNSECURED           800.00            .00           80.00
ROUNDUP FUNDING LLC        UNSECURED          1936.40            .00          193.64
DIRECT LOAN SVC SYSTEM     UNSECURED         NOT FILED          .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         NOT FILED          .00             .00
ST JAMES HOSPITAL          UNSECURED          1628.99            .00          162.90
MUTUAL HOSPITAL SERVICES   UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED         NOT FILED          .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED         NOT FILED          .00             .00
NICOR GAS                  UNSECURED          1007.03            .00          100.70
MCSI/RMI                   UNSECURED           250.00            .00           25.00
SPIEGEL                    UNSECURED         NOT FILED          .00             .00
US DEPT OF EDUCATION       UNSECURED          5188.41            .00          518.84
FIRST MIDWEST BANK         UNSECURED           761.41            .00           76.14
GREENBERG & ASSOC          REIMBURSEMENT       194.00            .00          194.00
WELLS FARGO                NOTICE ONLY       NOT FILED          .00             .00
GREENBERG & ASSOC          DEBTOR ATTY        2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                           2,000.94
DEBTOR REFUND              REFUND                                              366.33

        Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 39644 JEFFERY BOBO & DARCY BOBO
```

```
---------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 34,500.00

PRIORITY                                          194.00
SECURED                                        24,097.63
    INTEREST                                    3,244.36
UNSECURED                                       1,896.74
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            2,000.94
DEBTOR REFUND                                     366.33
                        ---------------   ---------------
TOTALS                  34,500.00              34,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 11/20/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 39644 JEFFERY BOBO & DARCY BOBO